UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE MOORE,<br><br>                                    Plaintiff<br><br>    v.<br><br>CHARLES DANIELS, et al.,<br><br>                                    Defendants | Case No. 2:22-cv-01635-APG-VCF<br><br>**ORDER** |

**I.     DISCUSSION**

On September 28, 2022, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before November 28, 2022. (ECF No. 3). On November 9, 2022, Plaintiff filed a letter that purports to explain why he has not yet complied: he submitted a brass slip for $402 to pay the filing fee in this case on October 5, 2022, but HDSP officials have not withdrawn any funds. (ECF No. 4). The Court construes Plaintiff's letter as a request for an extension and now grants Plaintiff an extension of time. Plaintiff will file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before Friday, January 13, 2023. To the extent that Plaintiff's letter seeks other relief, it is denied.

Plaintiff is cautioned that letters seeking relief do not comply with the Court's local rules. The Court's rules provide that except in circumstances not relevant here, "an attorney or pro se party must not send case-related correspondences, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." Nev. L.R. IA 7-1(b). Further, "[t]he court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice." *Id.*

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's letter, which the Court

construes as a motion for extension of time, (ECF No. 4) is granted.  The letter is denied in all other respects.

IT IS FURTHER ORDERED that on or before **Friday, January 13, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: December 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE