# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-01635-APG-VCF<br><br>**Order Granting Motion for Extension**<br><br>(ECF No. 52) |

Plaintiff Maurice Moore moves for a 15-day extension of the deadline to respond to the defendants' motion for summary judgment. ECF No. 52.  The motion is supported by good cause, so I grant it.  Moore's response is due December 9, 2024.

Dated: November 20, 2024

_____
Andrew P. Gordon
Chief U.S. District Judge