# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MAURICE MOORE,

    Plaintiff,

v.

CHARLES DANIELS, et al.,

    Defendants.

Case No.:  2:22-cv-01635-APG-VCF

**Order for Defendants to File a Response**

(ECF No. 62)

Plaintiff Maurice Moore moves for reconsideration of my order granting summary judgment against him. ECF No. 62.  The defendants have not responded.  I hereby order the defendants to file a response, if they have any, to Moore's motion for reconsideration by April 3, 2026.

    Dated: March 20, 2026

_____
Andrew P. Gordon
Chief U.S. District Judge